IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM KLEIN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 12-4809 |
| v. | : | |
| COUNTY OF BUCKS, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of March, 2013, it is hereby ORDERED as that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. No. 15) is GRANTED in part and DENIED in part as follows:

1. Count I is DISMISSED as to all Defendants and as to all allegations, except to the extent that Plaintiff alleges a violation of his free speech rights against Defendants Sheriff Edward Donnelly and Chief Deputy Sheriff Dennis Shook as a result of his having given testimony before a disciplinary hearing and a grand jury.

2. Count III's demand for punitive damages is DISMISSED.

3. The Motion is DENIED in all other respects.

BY THE COURT:

_____
C. DARNELL JONES, II    J.