### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCANDREW,<br>    Plaintiff | : <br> : <br> : | **CIVIL ACTION NO.:** |
| v. | : <br> : | |
| BUCKS COUNTY BOARD OF<br>COMMISSIONERS, et al.,<br>    Defendants | : <br> : <br> : | 2:12-CV-4676-CDJ |

| | | |
|---|---|---|
| WILLIAM J. KLEIN,<br>    Plaintiff | : <br> : <br> : | **CIVIL ACTION NO.:** |
| v. | : <br> : <br> : | 2:12-CV-4809-CDJ |
| COUNTY OF BUCKS, et al.,<br>    Defendants | : <br> : | |

### ORDER

AND NOW, this 29th day of April, upon consideration of Defendants' Motion for Summary Judgment against William Klein (Dkt No. 32), Plaintiff Klein's Joint Response (Dkt No. 41-2), Plaintiff Klein's Joint Counterstatement of Material Facts (Dkt. No. 41-1), Defendant's Reply Brief (Dkt. No. 46), Defendant's Response to Plaintiffs' Counterstatement of Material Facts (Dkt. No. 47), and other supporting documents, it is hereby ORDERED that said Motion is GRANTED IN PART, DENIED IN PART.

Summary Judgment is GRANTED in favor of Defendants and against Plaintiff Klein, except insofar as Plaintiff Klein alleges a violation of the First Amendment for testimony given before the Browndorf Grand Jury.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II     J.